ILND 44 (Rev. 07/13/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
McELLIGOTT, THOMAS E.
McELLIGOTT, MICHELLE F.

**DEFENDANTS**
UNITED PARCEL SERVICES

(b) County of Residence of First Listed Plaintiff: DuPAGE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: DuPAGE
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

FILED
MAY - 8 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

1:17-cv-03491
Judge Sara L. Ellis
Magistrate Judge Young B. Kim

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☒ 190 Other Contract

**TORTS - PERSONAL INJURY / PERSONAL PROPERTY / PRISONER PETITIONS** (various unchecked)

**CIVIL RIGHTS**
- ☒ 442 Employment

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
*(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)*
Title VII Civil Rights Act 1964

## VII. Previous Bankruptcy Matters

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
JURY DEMAND: ☐ Yes ☐ No

## IX. RELATED CASE(S) IF ANY

## X. This case ☒ Is not a refiling of a previously dismissed action
DATE: 5-3-17
SIGNATURE OF ATTORNEY OF RECORD